■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILFREDO HOBOT, Appellant. — Judgment of the Supreme Court, Kings County (Starkey, J.), rendered September 21, 1981, and, upon appeal by permission, order of the same court

(Moskowitz, J.), dated January 22, 1982, affirmed. No opinion. Lazer, J. P., Thompson, Weinstein and Eiber, JJ., concur.